UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABOR RONA and LISA DAVIS,<br><br>             Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO A. RUBIO, Secretary of State; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT K. H. BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, United States Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; LISA M. PALLUCONI, Acting Director of the Office of Foreign Assets Control,<br><br>             Defendants. | Civil Action No. 25-3114 |

## **DECLARATION OF CHRISTOPHER E. HART IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Christopher E. Hart, declare the following:

1.      I make this declaration based on my personal knowledge unless otherwise stated. If called as a witness, I could and would testify competently to these facts.

2.      I am a partner at Foley Hoag LLP, counsel for Plaintiffs Gabor Rona and Lisa Davis in the above-captioned action.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the remarks of Beth Van Schaack, Ambassador-At-Large for Global Criminal Justice, in Washington, D.C. on March 27, 2023, entitled "Ambassador Van Schaack's Remarks on the U.S. Proposal to Prosecute Russian

Crimes of Aggression," available at https://2021-2025.state.gov/ambassador-van-schaacks-remarks/.

4. Attached hereto as **Exhibit 2** is a true and correct copy of pages 101-102 of the *Digest Of United States Practice In International Law 2023*, published by the Office of the Legal Adviser of the United States Department of State, available at https://www.state.gov/wp-content/uploads/2024/12/2023-Digest-of-United-States-Practice-in-Internation-Law-Full.pdf.

5. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Ambassador-At-Large for Global Criminal Justice Beth Van Schaack's opening statement to the Senate Foreign Relations Committee, dated May 31st, 2023, available at https://2021-2025.state.gov/ambassador-van-schaacks-opening-statement-to-the-senate-foreign-relations-committee/.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the information provided on the website of the International Criminal Court regarding the Situation in Uganda, available at https://www.icc-cpi.int/uganda.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the remarks given by U.S. Ambassador Richard Mills, Deputy U.S. Representative to the United Nations, in New York, New York on November 10, 2021, entitled "Remarks at the UN General Assembly Annual Debate on the International Criminal Court," available at https://usun.usmission.gov/remarks-at-the-un-general-assembly-annual-debate-on-the-international-criminal-court/.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the press statement delivered by Ned Price, Spokesperson for the U.S. Department of State, on December 15, 2020, entitled, "Judgment in the Appeal of Dominic Ongwen at the International Criminal Court," available at https://2021-2025.state.gov/judgment-in-the-appeal-of-dominic-ongwen-at-the-international-criminal-court/.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the information provided by the Coalition for the International Criminal Court regarding the Democratic Republic of Congo, available at https://coalitionfortheicc.org/country/democratic-republic-congo.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the press statement of Stephen J. Rapp, Ambassador-at-Large for War Crimes Issues, in The Hague, The Netherlands on November 21, 2013, entitled "Statement of the U.S. at the Twelfth Session of the Assembly of States Parties of the International Criminal Court," available at https://2009-2017.state.gov/j/gcj/us_releases/remarks/2013/218069.htm.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the press statement made by then Secretary of State John Kerry on March 22, 2013, titled "Bosco Ntaganda's Expected Surrender to the International Criminal Court," available at https://2009-2017.state.gov/secretary/remarks/2013/03/206556.htm.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the press statement of John Kirby, Assistant Secretary of State and State Department Spokesperson, Bureau of Public Affairs, in Washington, D.C. on March 22, 2016, entitled "ICC Convicts Jean-Pierre Bemba Gombo of War Crimes and Crimes against Humanity," available at https://2009-2017.state.gov/r/pa/prs/ps/2016/03/254958.htm.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the United Nations news article titled, "World confronts an 'ugly and inescapable truth' in Darfur, says ICC Prosecutor," dated January 29, 2024, available at https://news.un.org/en/story/2024/01/1146012.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the daily press briefing of Sean McCormack, State Department Spokesman, in Washington, D.C. on February 27, 2007, available at https://2001-2009.state.gov/r/pa/prs/dpb/2007/feb/81127.htm.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a statement by National Security Council Spokesman, Mike Hammer, on the International Criminal Court Appeals Court Ruling on July 13, 2010, available at https://obamawhitehouse.archives.gov/realitycheck/the-press-office/statement-nsc-spokesman-mike-hammer-international-criminal-court-appeals-court-ruli.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Minutes of the 6528th meeting of the United Nations Security Council on May 4, 2011, available at https://undocs.org/en/S/PV.6528.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the press statement of Mark C. Toner, Deputy State Department Spokesperson, in Washington, D.C. on September 27, 2016, entitled "ICC Judgment in Mali Cultural Destruction Case," available at https://2009-2017.state.gov/r/pa/prs/ps/2016/09/262507.htm.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the "Joint Statement by UN Security Council Members following an AOB on Georgia," published by the United States Mission to the United Nations dated August 15, 2022, available at https://usun.usmission.gov/joint-statement-by-un-security-council-members-following-an-aob-on-georgia-2/.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the statement of Beth Van Schaack, Ambassador-At-Large for Global Criminal Justice, presented to the 22nd Session of the Assembly of States Parties of the International Criminal Court on December 8, 2023 in New York, New York, available at https://asp.icc-cpi.int/sites/default/files/asp_docs/ASP22.GD_.USA_.07.12.-ENG.pdf

20. Attached hereto as **Exhibit 18** is a true and correct copy of the remarks of Mark Simonoff, Legal Adviser to the United States Mission to the U.N., presented to the UN General Assembly Meeting on a Report of the International Criminal Court on October 28, 2024, available at https://usun.usmission.gov/remarks-at-a-un-general-assembly-meeting-on-a-report-of-the-international-criminal-court-2/.

21. Attached hereto as **Exhibit 19** is the March 5, 2020 decision of the ICC's Appeals Chamber in *Situation in the Islamic Republic of Afghanistan*, available at https://www.icc-cpi.int/CourtRecords/CR2020_00828.PDF.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Statement of the Prosecutor of the International Criminal Court, Karim A. A. Khan QC, following the application for an expedited order under article 18(2) seeking authorization to resume investigations in the Situation in Afghanistan, dated September 27, 2021, available at https://www.icc-cpi.int/news/statement-prosecutor-international-criminal-court-karim-khan-qc-following-application.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Statement of ICC Prosecutor Karim A.A. Khan KC, titled "Applications for arrest warrants in the situation in Afghanistan," delivered on 23 January 2025, available at https://www.icc-cpi.int/news/statement-icc-prosecutor-karim-aa-khan-kc-applications-arrest-warrants-situation-afghanistan.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the information provided on the website of the International Criminal Court regarding the Situation in Palestine, available at https://www.icc-cpi.int/palestine.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the press release from the International Criminal Court regarding the Situation in the State of Palestine, specifically the

5

ICC Pre-Trial Chamber I's issuance of a warrant of arrest for Mohammed Diab Ibrahim, dated 21 November 2024, available at https://www.icc-cpi.int/news/situation-state-palestine-icc-pre-trial-chamber-i-issues-warrant-arrest-mohammed-diab-ibrahim.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the press release from the International Criminal Court regarding the Situation in the State of Palestine, titled, "ICC Pre-Trial Chamber I rejects the State of Israel's challenges to jurisdiction and issues warrants of arrest for Benjamin Netanyahu and Yoav Gallant," dated 21 November 2024, available at https://www.icc-cpi.int/news/situation-state-palestine-icc-pre-trial-chamber-i-rejects-state-israels-challenges.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the remarks delivered by Ambassador Robert Wood, U.S. Alternative Representative for Special Political Affairs, at the UN Security Council Briefing on the ICC Report on Sudan in New York, New York on August 5th, 2024, available at https://usun.usmission.gov/remarks-at-a-un-security-council-briefing-on-the-icc-report-on-sudan/.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Signed on April 15, 2025 in Boston, Massachusetts.

Christopher E. Hart