UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABOR RONA and LISA DAVIS,<br><br>       Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO A. RUBIO, in his official capacity as Secretary of State; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT K. H. BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as United States Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and LISA M. PALLUCONI, in her official capacity as Acting Director, Office of Foreign Assets Control,<br><br>       Defendants. | Civil Action No. 25-3114 |

**Corrected Certificate of Service**

I, Nicholas M. Renzler, hereby file this correction to the Certificates of Service appended to the following documents filed today in the above-captioned matter:

- Notice of Appearance of Counsel of James Goldston, ECF No. 4;

- Notice of Appearance of Counsel of Esti Tambay, ECF No. 5;

- Notice of Appearance of Counsel of Genevieve Quinn, ECF No. 6;

- Notice of Motion for Preliminary Injunction, ECF No. 16; and

1

- Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 17.

Each Certificate of Service incorrectly states that the document to which it was appended was served pursuant to Fed. R. Civ. P. 5(b)(2)(B) by hand-delivery on April 15, 2025.

I hereby certify that, in accordance with Fed. R. Civ. P. 5(b)(2)(B), I have caused the above-referenced documents to be served by hand-delivery on April 16, 2025 to:

a. DONALD J. TRUMP, President of the United States
   1600 Pennsylvania Ave., NW
   Washington, D.C. 20500

b. UNITED STATES DEPARTMENT OF STATE
   2201 C St., NW
   Washington, D.C. 20520

c. MARCO A. RUBIO, Secretary of State
   UNITED STATES DEPARTMENT OF STATE
   2201 C St., NW
   Washington D.C. 20520

d. UNITED STATES DEPARTMENT OF THE TREASURY
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

e. SCOTT K. H. BESSENT, Secretary of the Treasury
   UNITED STATES DEPARTMENT OF THE TREASURY
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

f. UNITED STATES DEPARTMENT OF JUSTICE
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530

g. PAMELA BONDI, United States Attorney General
   UNITED STATES DEPARTMENT OF JUSTICE
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530

h. OFFICE OF FOREIGN ASSETS CONTROL
   United States Department of the Treasury
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

i. LISA M. PALLUCONI, Acting Director, Office of Foreign Assets Control
   United States Department of the Treasury
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

j. United States Attorney's Office
   Southern District of New York
   Civil Process Clerk
   86 Chambers Street, 3rd Floor
   New York, New York 10007

*/s/ Nicholas M. Renzler*
Nicholas M. Renzler