UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GABOR RONA and LISA DAVIS, :
:
                      Plaintiffs, :       25-CV-3114 (JMF)
:
     -v- :       ORDER
:
DONALD J. TRUMP, in his official capacity :
as President of the United States, et al., :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 15, 2023, Plaintiffs Gabor Rona and Lisa Davis filed this case, along with a motion for preliminary injunction. *See* ECF No. 16. Unless and until the Court orders otherwise, Defendants shall file any opposition to the preliminary injunction motion no later than **April 29, 2025**; any reply shall be filed by **May 6, 2025**.

      That said, the parties shall appear for a conference with the Court on **April 21, 2025**, at **3:00 p.m.** Counsel should confer in advance of the conference about whether there is need for discovery or an evidentiary hearing to resolve the motion and whether the Court should advance trial on the merits and consolidate it with any hearing pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

      The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at http://nysd.uscourts.gov/judge/Furman.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as

principal trial counsel.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**No later than April 17, 2025, Plaintiffs' counsel shall (1) serve Defendants with a copy of this Order by overnight mail to the United States Attorney's Office for the Southern District of New York and (2) file proof of such service on the docket.** Counsel for Defendants shall promptly enter notices of appearance.

SO ORDERED.

Dated: April 16, 2025
    New York, New York

_____
JESSE M. FURMAN
United States District Judge