UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABOR RONA and LISA DAVIS,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO A. RUBIO, in his official capacity as Secretary of State; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT K. H. BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as United States Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and LISA M. PALLUCONI, in her official capacity as Acting Director, Office of Foreign Assets Control,<br><br>　　Defendants. | Civil Action No. 25-3114 (JMF) |

## SECOND CORRECTED CERTIFICATE OF SERVICE

I, Nicholas M. Renzler, hereby file this second correction to the Certificates of Service appended to the following documents filed in the above-captioned matter:

- Notice of Appearance of Counsel of James Goldston, ECF No. 4;

- Notice of Appearance of Counsel of Esti Tambay, ECF No. 5;

- Notice of Appearance of Counsel of Genevieve Quinn, ECF No. 6;

- Notice of Motion for Preliminary Injunction, ECF No. 16; and

1

- Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 17.

On April 15, 2025, the undersigned filed a Corrected Certificate of Service certifying that "I have caused the above-referenced documents to be served by hand-delivery on April 16, 2025" on Defendants in the above-captioned action. ECF No. 22 at 2.

I hereby certify that on April 16, 2025, service of the above-referenced documents was made by hand on Defendants the United States Department of State and Marco A. Rubio, as well as the Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York.

The undersigned later learned that service of the above-referenced documents was not made by hand on the remaining Defendants—Donald J. Trump, the United States Department of the Treasury, Scott K. H. Bessent, the United States Department of Justice, Pamela J. Bondi, the Office of Foreign Assets Control, and Lisa M. Palluconi.

Service of the above-referenced documents was therefore made via certified mail, in accordance with Fed. R. Civ. P. 5(b)(2)(C), on April 17, 2025, to:

a. DONALD J. TRUMP, President of the United States
   1600 Pennsylvania Ave., NW
   Washington, D.C. 20500

b. UNITED STATES DEPARTMENT OF THE TREASURY
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

c. SCOTT K. H. BESSENT, Secretary of the Treasury
   UNITED STATES DEPARTMENT OF THE TREASURY
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

d. UNITED STATES DEPARTMENT OF JUSTICE
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530

e. OFFICE OF FOREIGN ASSETS CONTROL
   United States Department of the Treasury
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

f. LISA M. PALLUCONI, Acting Director, Office of Foreign Assets Control
   United States Department of the Treasury
   1500 Pennsylvania Ave., NW
   Washington, D.C. 20220

Service of the above-identified documents was made via certified mail, in accordance with Fed. R. Civ. P. 5(b)(2)(C), on April 18, 2025 to:

a. PAMELA J. BONDI, United States Attorney General
   UNITED STATES DEPARTMENT OF JUSTICE
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530

Dated: May 8, 2025                         */s/ Nicholas M. Renzler*
                                            Nicholas M. Renzler

3