

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

By ECF                                                                                              June 6, 2025
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Rona, et al. v. Trump, et al.*, No. 25 Civ. 3114 (JMF)

Dear Judge Furman:

      This Office represents defendants (the "government") in the above-named action. We write respectfully to apprise the Court of two factual developments.

      First, on June 5, 2025, the Secretary of State, pursuant to section 1(a)(ii)(A) of Executive Order 14,203, designated four judges of the International Criminal Court, thus subjecting those individuals to the sanctions set out in that Executive Order. *See* Dep't of State, Fact Sheet: Imposing Sanctions in Response to the ICC's Illegitimate Actions Targeting the United States and Israel, https://www.state.gov/imposing-sanctions-in-response-to-the-iccs-illegitimate-actions-targeting-the-united-states-and-israel/

      Second, on the same day, the U.S. Department of the Treasury's Office of Foreign Assets Control issued seven new general licenses pertaining to the ICC. *See* OFAC, International Criminal Court-Related Sanctions , https://ofac.treasury.gov/sanctions-programs-and-country-information/international-criminal-court-related-sanctions (listing and describing general licenses).

      Although we do not regard these facts as material to the pending motion for a preliminary injunction, we are writing to ensure the Court is fully informed. Thank you for your consideration.

                                  Respectfully,

                                  JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

                By:     */s/ Benjamin H. Torrance*
                        ALYSSA B. O'GALLAGHER
                        BENJAMIN H. TORRANCE
                        Assistant United States Attorneys
                        Tel.:   (212) 637-2822/2703
                        Email: Alyssa.O'Gallagher@usdoj.gov
                                  Benjamin.Torrance@usdoj.gov