

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

By ECF                                                                June 20, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Rona, et al. v. Trump, et al.*, No. 25 Civ. 3114 (JMF)

Dear Judge Furman:

      This Office represents defendants (the "government") in the above-named action. We write respectfully in response to the Court's memo-endorsement dated June 17, 2025, directing any objection to consolidation under Rule 65(a)(2) to be filed by June 24.

      As we previously informed the Court, OFAC anticipates issuing regulations implementing Executive Order 14,203 that may bear on this litigation. Those regulations are now in the final stages of approval, and OFAC anticipates that they will be published in the Federal Register on or before July 3, 2025. The government thus continues to oppose consolidation at this time, in the belief that waiting a short period in order to consider the regulations and their effect on this case will best inform the Court's decision and serve the interests of efficiency for the Court and the parties.

      Thank you for your consideration.

The Court will reserve judgment on the consolidation question pending publication of the implementing regulations.  Within one week of publication, the parties shall submit a joint letter addressing the import of the regulations on consolidation and/or the merits (or, alternatively, a proposed procedure for the parties to be heard on those questions).

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

SO ORDERED.

*[signature]*
June 20, 2025

By:   */s/ Benjamin H. Torrance*
ALYSSA B. O'GALLAGHER
BENJAMIN H. TORRANCE
Assistant United States Attorneys
Tel.:   (212) 637-2822/2703
Email: Alyssa.O'Gallagher@usdoj.gov
           Benjamin.Torrance@usdoj.gov

cc:    plaintiffs' counsel (by ECF)