
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*
By ECF

July 18, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Rona, et al. v. Trump, et al.*, No. 25 Civ. 3114 (JMF)

Dear Judge Furman:

This Office represents defendants (the "government") in the above-named action. We write on behalf of all parties to respectfully request that the due date for the parties' proposed judgment—now August 5, 2025—be extended one week to August 12 at noon. We request this extension to allow counsel to confer with each other and our clients to prepare the proposed judgment, and to accommodate preexisting obligations of counsel. This is the first request for such an extension. There are no scheduled appearances before the Court or other existing deadlines.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 71.

SO ORDERED.

August 1, 2025

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Benjamin H. Torrance*
ALYSSA B. O'GALLAGHER
BENJAMIN H. TORRANCE
Assistant United States Attorneys
Tel.:   (212) 637-2822/2703
Email: Alyssa.O'Gallagher@usdoj.gov
            Benjamin.Torrance@usdoj.gov

cc:   plaintiffs' counsel (by ECF)