*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

By ECF

August 11, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Rona, et al. v. Trump, et al.*, No. 25 Civ. 3114 (JMF)

Dear Judge Furman:

    This Office represents defendants (the "government") in the above-named action. We write on behalf of all parties to respectfully request that the due date for the parties' proposed judgment—now August 12, 2025—be extended to August 15 at noon. Counsel for the parties have engaged in productive discussions and exchanges of drafts, and we request this extension to allow counsel to continue conferring with each other and our clients to prepare the proposed judgment, as well as to accommodate preexisting obligations of counsel. This is the second request for such an extension; the first was granted. There are no scheduled appearances before the Court or other existing deadlines.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Benjamin H. Torrance*
    ALYSSA B. O'GALLAGHER
    BENJAMIN H. TORRANCE
    Assistant United States Attorneys
    Tel.:    (212) 637-2822/2703
    Email: Alyssa.O'Gallagher@usdoj.gov
           Benjamin.Torrance@usdoj.gov

cc:    plaintiffs' counsel (by ECF)

---

Application GRANTED. For future reference, Rule 2.D of the Court's Individual Rules and Practices in Civil Cases requires that all requests for extensions of time be made at least 48 hours prior to the deadline. The Clerk of Court is directed to terminate ECF No. 73.

SO ORDERED.

*[signature]*

August 11, 2025