

155 Seaport Boulevard
Boston, MA 02210-1000

617.832.1000 main
617.832.7000 fax

Andrew B Loewenstein
617.832.3015 direct
ALoewens@foleyhoag.com

August 13, 2025

**<u>Via ECF</u>**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 75.
>
> SO ORDERED.
>
> *[signature]*
>
> August 13, 2025

Re:   *Rona, et al. v. Trump, et al.*, No. 25-cv-3114 (JMF)

Dear Judge Furman:

    This firm, along with the Open Society Justice Initiative, represents Plaintiffs in the above-referenced matter.

    We write on behalf of all parties with respect to the due date for the parties to propose an agreed upon judgment (ECF No. 70 at 23), which the Court has extended until noon on August 15, 2025 (ECF No. 74).

    As the parties previously reported, they are engaged in productive discussions and have exchanged drafts of the proposed judgment. The most recent draft was transmitted by Plaintiffs to Defendants on Monday, August 11. Defendants have not yet been in a position to respond. The parties are hopeful that they will be able to conclude their discussions by the existing deadline and will continue to work to that end. However, out of an abundance of caution, the parties seek this extension until noon on August 19 to allow sufficient time to conclude their discussions.

    This is the third request for such an extension; the first two were granted. There are no scheduled appearances before the Court or other existing deadlines.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein

cc:   All counsel of record (via ECF)