

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

By ECF                                                                                           August 15, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Rona, et al. v. Trump, et al.*, No. 25 Civ. 3114 (JMF)

Dear Judge Furman:

    This Office represents defendants (the "government") in the above-named action. In accordance with the Court's order of July 30, 2025, the parties have agreed on the enclosed judgment, which we respectfully request the Court to enter. The government agrees to this judgment without prejudice to any right of appeal of the judgment or prior orders of the Court.

                                        Respectfully,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                         By:    */s/ Benjamin H. Torrance*
                                   ALYSSA B. O'GALLAGHER
                                   BENJAMIN H. TORRANCE
                                   Assistant United States Attorneys
                                   Tel.:   (212) 637-2822/2703
                                   Email: Alyssa.O'Gallagher@usdoj.gov
                                                Benjamin.Torrance@usdoj.gov

cc:    plaintiffs' counsel (by ECF)