UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABOR RONA and LISA DAVIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO A. RUBIO, in his official capacity as Secretary of State; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT K. H. BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as United States Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets Control,<br><br>    Defendants. | No. 25 Civ. 3114 (JMF) |

**[PROPOSED] JUDGMENT**

    It is **ORDERED and ADJUDGED** that Defendants United States Department of State, Marco A. Rubio, United States Department of the Treasury, Scott K.H. Bessent, United States Department of Justice, Pamela J. Bondi, United States Office of Foreign Assets Control, and Bradley T. Smith are permanently **ENJOINED** from enforcing the civil or criminal penalty provisions of the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701 *et seq*., against Gabor Rona and Lisa Davis on the basis of the following education, training, analysis, and

analytical services provided by them to or for the benefit of any person designated under Executive Order 14,203, Imposing Sanctions on the International Criminal Court, 90 Fed. Reg. 9369 (the "Executive Order"), to the extent such conduct is alleged to have been committed in violation of the Executive Order:

- submitting or contributing to the submission of evidence, argument, testimony or amicus curiae briefs to the International Criminal Court ("ICC");
- engaging in advocacy in support of the ICC, to include contributing to publications (including online journals, blogs, podcasts, or other publicly available media) relating to the ICC or investigations or prosecutions before it;
- organizing or participating in speaking engagements relating to the ICC or investigations or prosecutions before it;
- discussing the ICC or its work in public and private fora, including law school courses and other academic settings;
- communicating with the ICC to facilitate job placements in the ICC, or in roles supporting the ICC's prosecutions and investigations;
- drafting policy documents or white papers for the ICC's Office of the Prosecutor ("OTP");
- providing guidance or advice to the ICC regarding policies and investigating, charging, and prosecuting crimes, or applications for arrest warrants;
- liaising with victims of, and witnesses to, crimes under investigation or prosecution in the ICC for the purpose of providing support to the OTP;
- training investigators, analysts, prosecutors, and other staff within the OTP;
- serving on OTP advisory committees;

- convening, organizing, or participating in expert panel workshops and other similar events to assist the OTP; and

- presenting to judges and domestic prosecutors concerning issues pertaining to the ICC.

The Court **ORDERS** that the Clerk of Court shall enter judgment in favor of Gabor Rona and Lisa Davis and close this case.

DATED: _____, 2025          _____
                                          Hon. Jesse M. Furman
                                          United States District Judge